# EXHIBIT 19

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SHANNON KING,                          )
                                       )
              Plaintiff,               )
                                       )
       vs.                             )        Case No. 2:21-cv-02049-KHV-KGG
                                       )
BOARD OF COUNTY                        )
COMMISSIONERS OF                       )
JOHNSON COUNTY, KANSAS,                )
                                       )
              Defendant.               )

## DECLARATION OF ROBERT SULLIVAN

I, Robert Sullivan, do hereby declare and state as follows:

1.      I am older than the age of 18, am competent to make this Declaration.

2.      I am the Director of Johnson County's Department of Corrections ("JDOC"). JDOC

has four division directors, all of whom report to me. Those include the Administrative Division,

the Director of Juvenile Services Center, the Director of Field Services, and the Director of the

Adult Residential Center (ARC).

3.      When I became the Director of JDOC in 2018, Tony Booker was the ARC Director

and had held that position for many years.

4.      The ARC and Field Services divisions have Senior Case Managers (SCMs). The

SCM position is a supervisory position overseeing Intensive Supervision Officers (ISOs).

5.      Shannon King was a SCM in Adult Supervision. She oversaw ISOs who worked

with adult offenders on probation.

6.      Typically, Ms. King supervised a team of eight or nine ISOs at any given time. She

also supervised the secretary during the time I was the Director (and likely before).

7.      As of time we conducted interviews for the Director of Field Services position, I had been the Director of Corrections for approximately 15 months and was familiar with Ms. King as one of the SCMs in Adult Field Services.

8.      I also had significant familiarity with Keith Clark's experience based on my interactions with him when we were Directors of Community Corrections in neighboring jurisdictions and based on my interactions with him in our roles at Johnson County.

9.      I am the one who determined who to interview for that position, and I selected eight candidates, including Ms. King and Mr. Clark, for interviews.

10.     During this litigation process, I have learned that Tableau offers a free version of its software but that the data you input onto the free version is publicly available. Much of the data we analyze is confidential and not information we would want available to the public.

11.     Before the May 2019 interviews for the BI Analyst position, I had some familiarity with Olivia Allen. She attended meetings where I presented pretrial data and I understood from her supervisor that Ms. Allen was working with him on data analysis, even though that was not part of her job as a pretrial officer.

12.     I also had conversations with Tim Mulcahy and Dr. Alex Holsinger about Ms. Allen. I regularly worked with Mr. Mulcahy and Dr. Holsinger on pretrial risk assessment data. In that context, they both told me how impressed they were with Ms. Allen's work in that space. She was helping them with their analysis of this data even though that was not part of her regular job at the time.

13.     I believe I took a picture of the candidates that the panel members believed were in the top three for the Director of Field Services position and may have also taken a picture of the candidates the panel members believed were in the top three for the BI Analyst position in 2019.

14.    After I became aware of Ms. King's claims, I looked for any pictures but did not find any. I either did not take them or had deleted them by that time.

**PURSUANT TO 28 U.S.C § 1746, I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on February 8, 2022

Robert Sullivan