# EXHIBIT 24

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **SHANNON KING,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:21-cv-02049-KHV-KGG |
| vs. | ) | |
| | ) | |
| **BOARD OF COUNTY** | ) | |
| **COMMISSIONERS OF** | ) | |
| **JOHNSON COUNTY, KANSAS,** | ) | |
| | ) | |
| Defendant. | ) | |

### DECLARATION OF SHALA BLOOMBERG

I, Shala Bloomberg, do hereby declare and state as follows:

1.      I am older than the age of 18, am competent to make this Declaration.

2.      I have worked for Johnson County since 2009. Since 2015, I have worked in Human Resources and am currently a Senior HR Partner.

3.      The information in this declaration is based on my personal knowledge and/or my review of County records of which I am one of the custodians.

4.      I started supporting the Department of Corrections (JDOC) in February 2017.

5.      I provide support to JDOC in the hiring process and am familiar with the process JDOC uses. I am also familiar with the application tracking system the County uses to gather and store information about hiring processes.

6.      JDOC often conducts panel interviews when filling open positions. When that happens, the panel members provide input, but the decision is ultimately made by the hiring manager for the position.

7.      After Sharon Brown announced her retirement, JDOC posted her position, which

1

was the Director of Field Services. The posting for that position is attached as Exhibit 36 to the County's Statement of Facts in Support of its Motion for Summary Judgment ("the Motion").

8.      A total of 44 people applied for this position.

9.      Shannon King's application for that position is attached to the Motion as Exhibit 39. Keith Clark's cover letter is attached as Exhibit 41, his application is attached as Exhibit 42 to the Motion, and his other submission are attached as Exhibit 40 to the Motion.

10.     I reviewed the candidates for minimum qualifications and then Robert Sullivan determined who to interview. The resumes of the eight applicants Mr. Sullivan decided to interview are attached as Exhibit 16 to the Motion, and the list of interviewees is attached to the Motion as Exhibit 37.

11.     There were 12 candidates who met the minimum qualifications for the position but whom Mr. Sullivan decided not to interview: Jennifer Douglas, Shawn Fletcher, Randy Focken, Andrew Harold, Alexander Kump, Claude Maye, Momodou Nije, Adam Patterson, Nanette Rosas, Richard Skaggs, Jesse Williams, and Julie Wright.

12.     A copy of the Meet and Greet feedback forms is attached as Exhibit 45 to the Motion.

13.     Shannon King submitted her application for the BI Analyst position filled in 2019 at 9:39 a.m. on May 24, 2019. A copy of the posting for that position is attached as Exhibit 46 to the Motion.

14.     Olivia Allen submitted her application on May 29, 2019, which is also the day the posting closed. The resume Ms. Allen submitted for the position is attached as Exhibit 53, and her application is attached as Exhibit 54 to the Motion.

15.     By the time the position closed, the County had received 25 applications for the

2

BIA position.

16.     A list of the interview questions, along with each panelists' notes of Olivia Allen's answers is attached as Exhibit 55. A list of the same questions with the panelists' notes of Shannon King's answers is attached as Exhibit 56.

17.     In June 2019, Shannon King reported a concern about some of the hiring decisions in JDOC. When Sam Veronda and I met with her, Ms. King provided us information, which is captured in the notes contained in Exhibit 61 to the Motion. During that conversation, Ms. King told us that supervisors she had in the past had talked to her about dressing in a more feminine way, but she specifically noted that she had not experienced anything like that with Mr. Sullivan or Mr. Clark.

18.     After speaking with Ms. King, Ms. Veronda and I interviewed all of the hiring managers for the positions Plaintiff identified as concerning. Exhibits 62 (Sullivan), 63 (Dougan), and 64 (Taylor) to the Motion are notes of those conversations. Those notes accurately record with those individuals told us.

19.     Exhibits 65 and 67 to the Motion are notes of two later conversations Sam Veronda and I had with Ms. King. They also accurately record what was discussed in those meetings.

20.     Shannon King first requested intermittent FMLA in September 2018.

21.     Valerie Meade is a prior JDOC employee, and Katie Myers is a current JDOC employee . They are both female.

3

**PURSUANT TO 28 U.S.C § 1746, I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on February 9, 2022

Shala Bloomberg

4