IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| SHANNON KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-02049-KHV-KGG |
| | ) | |
| BOARD OF COUNTY COMMISSIONERS OF | ) | |
| JOHNSON COUNTY, KANSAS, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S EXHIBIT INDEX**
**MEMORANDUM IN OPPOSITION TO SUMMARY JUDGMENT MOTION**

**Exhibit**     **Description**

A.   Deposition transcript of Shannon King

B.   Deposition Exhibit 52

C.   Deposition Exhibit 85

D.   Deposition Exhibit 100

E.   Deposition Exhibit 102

F.   Deposition transcript of Brian R. Seidler

G.   Deposition transcript of Robert A. Sullivan

H.   Deposition transcript of Tamiko S. House

I.   Deposition transcript of Sharon Brown

J.   Deposition transcript of Susan L. Dougan

K.   Declaration of Shannon King

L.   Deposition transcript of Shala L. Bloomberg

M.	Deposition transcript of Keith R. Clark

N.	Deposition transcript of Samantha J. Veronda

O.	Deposition transcript of Olivia R. Parks

P.	Deposition Exhibit 111

Q.	Business Intelligent Analyst Application information (JoCo 006736-6739)

R.	Deposition Exhibit 64

S.	Earl Taylor interview notes (JoCo 000488-489)

T.	Email chain to/from Sullivan and Williams (JoCo 004837-4838, 004855)

U.	Deposition Exhibit 39

V.	Deposition Exhibit 112

W.	Deposition Exhibit 33

X.	Deposition Exhibit 122

Y.	Deposition Exhibit 165

Z.	Shannon King Performance Reviews